Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIANO HERNANDEZ-LOMBERA,<br><br>Defendant. | NO. CR18-279RSL<br><br>PROTECTIVE ORDER |

This matter comes before the Court on the United States' Stipulated Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Protected Material," may be produced to counsel for defendant Hernandez-Lombera in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case for defendant Hernandez-Lombera and their staff, and to any investigators, expert witnesses, and other agents the attorneys of record retained in connection with this case.  The attorneys of record, and their investigators, expert

Protective Order - 1
U.S. v. Emiliano Hernandez-Lombera, CR18-279RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 witnesses, and other agents can review Protected Material with defendant Hernandez-
2 Lombera. Defendant Hernandez-Lombera can inspect and review Protected Material, but
3 shall not be allowed to possess, photograph, or record Protected Material or otherwise
4 retain Protected Material or copies thereof.

5     IT IS FURTHER ORDERED that defense counsel shall not provide Protected
6 Material or copies thereof to any other person outside his or her law office, including
7 defendant Hernandez-Lombera or his family or associates.

8     IT IS HEREBY FURTHER ORDERED that defendant Hernandez-Lombera,
9 defense counsel, and others to whom disclosure of the content of the Protected Material
10 may be necessary to assist with the preparation of the defense, shall not disclose the
11 Protected Material or its contents, other than as necessary for the preparation of defenses
12 at trial and in subsequent appellate proceedings, if necessary. Specifically, the attorneys
13 of record and members of the defense team acknowledge that providing copies of the
14 Protected Material to defendant Hernandez-Lombera and other persons is prohibited, and
15 agree not to duplicate or provide copies of the Protected Material to defendant Hernandez-
16 Lombera and other persons. This order does not limit employees of the United States
17 Attorney's Office for the Western District of Washington from disclosing the Protected
18 Material to members of the United States Attorney's Office, federal law enforcement
19 agencies, the Court, or witnesses in order to pursue other investigations or the prosecution
20 in this case. Nor does it limit employees of the United States Attorney's Office for the
21 Western District of Washington from disclosing the Protected Material to the defense as
22 necessary to comply with the government's discovery obligations.

23     Nothing in this Protective Order prohibits defense counsel from showing the
24 Protected Material, or reviewing its contents, with defendant Hernandez-Lombera or with
25 others to whom disclosure may be necessary to assist with the preparation of the defense
26 at trial and in subsequent appellate proceedings, if necessary.

27
28

Protective Order - 2
*U.S. v. Emiliano Hernandez-Lombera*, CR18-279RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS FURTHER ORDERED that if counsel for any party finds it necessary to file any documents marked as Protected Material, the material shall be filed under seal with the Court.

Nothing in this Order shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be otherwise improper. The parties agree that in the event that compliance with this Order makes it difficult for defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an unworkable burden on counsel, defense counsel shall bring any concerns about the terms of the Order to the attention of the government. The parties shall then meet and confer with the intention of finding a mutually acceptable solution. In the event that the parties cannot reach such a solution, defense counsel shall have the right to bring any concerns about the scope or terms of the Order to the attention of the Court by way of a motion.

Nothing in this order should be construed as imposing any discovery obligations on the government that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure. The failure to designate any materials as provided in paragraph 2 shall not constitute a waiver of a party's assertion that the materials are covered by this Protective Order.

This Protective Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

IT IS FURTHER ORDERED that at the conclusion of the case, the Protected Material shall be stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

//
//
//
//
//

Protective Order - 3
U.S. v. Emiliano Hernandez-Lombera, CR18-279RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this ___10___ day of June, 2019.

HON. ROBERT S. LASNIK
United States District Judge

Presented by:

*s/C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Protective Order - 4
*U.S. v. Emiliano Hernandez-Lombera*, CR18-279RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970