THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-279-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| EMILIANO HERNANDEZ-LOMBERA, | ) | |
| Defendant. | ) | |

THE COURT has considered the defense's motion requesting an extension of the deadline for pretrial motions and the record in this case. The Court finds that the requested extension is reasonable and necessary and that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

IT IS THEREFORE ORDERED that the pretrial motions deadline in this case is extended from August 21, 2019, to August 30, 2019.

DONE this 22nd day of August, 2019.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:
*s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Emiliano Hernandez-Lombera

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*USA v. Hernandez-Lombera*; CR18-279RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100