1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
8

9   UNITED STATES OF AMERICA,                Case No. 18-CR-279

10              Plaintiff,                    ORDER DENYING MOTION
                                             TO PERMIT OUT-OF-
11          v.                                DISTRICT TRAVEL

12  EMILIANO HERNANDEZ-LOMBERA,

13              Defendant.

14

15          This matter comes before the Court on defendant's "Motion to Permit Out-of-District

16  Travel."  Dkt. #43.  Defendant requests an order permitting him to travel to Corcoran, California

17  to spend the holidays with family.  Id.  The government opposes defendant's motion, and

18  Pretrial Services does not endorse defendant's travel while on location monitoring.  *See* Dkt.

19  #44.

20          As a condition of release on appearance bond, defendant's "[t]ravel is restricted to

21  Western District of Washington, or as directed by Pretrial Services."  Dkt. #21 at 1.  The Court

22  shares the concerns of the government and Pretrial Services, namely regarding the difficulty of

23  supervising a defendant on location monitoring outside of the district, and the possibility that

24  defendant could flee.  Dkt. #44 at 2.

25          Defendant's "Motion to Permit Out-of-District Travel" (Dkt. #43) is therefore DENIED.

26          //

27          //

28

ORDER DENYING MOTION TO PERMIT OUT-OF-DISTRICT TRAVEL - 1

1    DATED this 18th day of December, 2019.

2

3                                    _Robert S. Lasnik_
                                     Robert S. Lasnik
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28